1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA **E-filing**

Plaintiff,

v.

MARCUS L. BROWN aka MARCUS BROWN
aka MARCUS L, WEST aka LYNELL BROWN,

Defendant(s).
_____/

**SUMMONS IN A CIVIL ACTION**

Case Number:

**CV 08 2505 SLM**

TO: (Name and Address of Defendant)

MARCUS L. BROWN aka MARCUS BROWN
aka MARCUS L, WEST aka LYNELL BROWN
4757 FAIR AVENUE
OAKLAND, CA 94619-2961

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA  94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

**(510) 523-4702**

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING
CLERK

BY DEPUTY CLERK
GLORIA ACEVEDO

*5-21-08*
DATE